The from of order does not provide for trustee or other fee and has a time limit without demonstration of legal cause. A revised order, or request for hearing is required.

Date signed May 27, 2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:      Charese R Kirkland,       *       Case No. 09-13413

　　　　　Debtor.       *       Chapter 13

* * * * * * * * * * * * *

**ORDER DIRECTING PAYMENT**

UPON MOTION BY COUNSEL FOR THE DEBTOR, and good cause having been shown, it is hereby,

**ORDERED**, by the United States Bankruptcy Court for the District of Maryland, that the Chapter 13 Trustee shall remit unto Counsel for the Debtor $3,000.00 within thirty (30) days of the date of this Order.

cc
Debtor
Debtor's Counsel
Chapter 13 Trustee
US Trustee
All creditors

**END OF ORDER**